FILED - GR
August 18, 2011 3:43 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ald /_____  SCANNED BY: ___ /___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN HALE DAVIS
a.k.a., JO-NATHAN HALE DAVIS,

    Defendant.
_____/

No. **1:11-cr-245**

Hon. **Robert Holmes Bell**
**U.S. District Judge**

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Felon in Possession of a Firearm)

On or about April 16, 2011, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**JONATHAN HALE DAVIS a.k.a., JO-NATHAN HALE DAVIS,**

being a person who had been convicted of one or more offenses punishable by imprisonment for a term exceeding one year under the laws of the state of Michigan, did knowingly possess a firearm in and affecting commerce, to wit: a Tanarmi E15, .22 caliber revolver.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(e)

## COUNT TWO
(Possession of Cocaine Base with Intent to Distribute)

On or about April 16, 2011, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**JONATHAN HALE DAVIS a.k.a., JO-NATHAN HALE DAVIS,**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT THREE
(Possession of a Firearm in Furtherance of Drug Trafficking)

On or about April 16, 2011, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

**JONATHAN HALE DAVIS a.k.a., JO-NATHAN HALE DAVIS,**

knowingly possessed the following firearm: a Tanarmi E15, .22 caliber revolver, in furtherance of the drug trafficking crime of possession with intent to distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), as charged in Count 2 of this Indictment.

18 U.S.C. § 924(c)(1)(A)(i)

A TRUE BILL

GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

RUSSELL A. KAVALHUNA
Assistant United States Attorney